**Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 2, 2023.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-22-00394-CV**

---

## IN RE FRUIT FLOWERS SOUTH, LLC AND ANTONIO AVILES SANCHEZ, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 18-CV-1446**

---

## MEMORANDUM OPINION

On June 1, 2022, relators Fruit Flowers South, LLC and Antonio Aviles Sanchez filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Jared Robinson, presiding judge of the 405th District Court of Galveston County, to set aside his May 23, 2022 order granting real party in interest's motion to exclude portions of the testimony of relator's expert witness.

Relators have not established that they are entitled to mandamus relief. Accordingly, se deny relator's petition for writ of mandamus. We lift our stay entered on June 2, 2022.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Hassan.